IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHRIMAR SYSTEMS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALCATEL-LUCENT, INC., *ET AL.*, <br><br> Defendants. | CIVIL ACTION NO. 6:13–CV–880–JDL |

## ORDER OF DISMISSAL

The Court has considered the Parties' Joint Motion to Dismiss and is of the opinion that the motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims and counterclaims between Plaintiffs Chrimar Systems, Inc. d/b/a CMS Technologies and Chrimar Holding Company, LLC and Defendants Alcatel-Lucent Holdings Inc. and Alcatel-Lucent USA Inc. are hereby dismissed WITHOUT PREJUDICE, with each party to bear its own costs and attorney's fees.

**So ORDERED and SIGNED this 8th day of June, 2015.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE